IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| ANTAVIOUS PARKS, | : | |
| Petitioner | : | |
| VS. | : | |
| | : | NO. 1:06-CV-140 (WLS) |
| BRUCE CHATMAN, WARDEN, | : | PROCEEDINGS UNDER 28 U.S.C. §2254 |
| | : | BEFORE THE U. S. MAGISTRATE JUDGE |
| Respondent | : | |
| | : | **O R D E R** |

Petitioner **ANTAVIOUS PARKS**, an inmate at Dooly State Prison in Unadilla, Georgia, has filed a *pro se* habeas petition under 28 U.S.C. § 2254. On October 25, 2006, the Court issued an order directing plaintiff to either submit a motion to proceed *in forma pauperis* or pay the $5.00 filing fee. Petitioner was expressly informed that if he failed to comply with the Court's directive within thirty (30) days of his receipt of the October 25th order, his case would be dismissed. As of this date, petitioner has failed to submit the IFP form or pay the filing fee.

The Court hereby **GRANTS** petitioner an additional fifteen (15) days to respond to its October 25th order. If petitioner fails to comply after this fifteen day extension, the Court will assume that petitioner has elected not to pursue his allegations further and shall dismiss this case.

**SO ORDERED**, this 1st day of DECEMBER, 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE